65,469-11

TO COURT OF CRIM. APPEALS                                    2/17/2015
PO BOX 12308 CAPITAL STATION
AUSTIN, TEXAS   78711

RE: INQUIRY

DEAR CLERK,

I AM WRITING TO ASK IF THERE IS ANYWAY TO BRING BEFORE THE COURT  MY
ISSUES THAT I KNOW HAVE NOT BEENN HEARD YET ?

ALSO, I WAS WONDERING IF I CAN GET THE RECOED OF MY WRITINGS TO THE COURT
REVIEWED ?  BY RECORDS THERE IS A LARGE DIFFERENCE IN THE NUMBER AND SUBJECT
MATTER OF THE LETTERS AND WRITS THAT I HAVE SUMITTED TO THE COURT.

I THANK YOU KINDLY FOR YOUR TIMWE AND PATIENCE IN THIS MATTER.

SINCRLY

PAIGE BENNER 1278531
2101 FM 369 Nth ALLRED
IOWA PARK, TEXAS
76357-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

cc personal file